- X# 70947
- packet issued

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JAN 7 2004

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT

<u>NORTHERN DISTRICT OF NEW YORK</u>          <u>Docket Number: 1:01-CV-1066</u>

GLADYS GHERARDI, ET AL.,

                              Plaintiffs-Appellants,

-against-

THE STATE OF NEW YORK, ET AL.,

                              Defendants-Appellees.

NOTICE OF APPEAL

01-CV-1066
LEK/DRH

# NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that the Plaintiffs-Appellants, GLADYS GHERARDI, et al., in this action, hereby appeal to the United States Court of Appeals for the Second Circuit from a Memorandum-Decision and Order of December 11, 2003, of the Northern District of the U.S. District Court, per the Honorable Lawrence E. Kahn, District Court Judge of the Northern District of the United States District Court which grants the Defendants-Appellees' Motion to Dismiss, and from each and every part thereof.

Dated: January 6, 2004

                                                   *[signature]*
                                                   JAMES E. MORGAN
                                                   Bar Roll No.: 103605
                                                   Galvin & Morgan
                                                   217 Delaware Ave.
                                                   Delmar, New York 12054
                                                   Tel.:   (518) 439-7734
                                                   Fax.:  (518) 475-1810

TO:    Lisa M. Burianek, Esq.
          Assistant Attorney General
          NYS Office of the Attorney General
          *Attorneys for State of New York*
          The Capitol
          Albany, New York 12224
          Tel:    (518) 474-7330
          Fax:   (518) 473-2534

          Timothy Hopkins, Esq.
          General Counsel
          *Attorneys for Defendant Water Authority*
          Suffolk County Water Authority
          4060 Sunrise Highway
          Oakdale, New York 11769-0901
          Tel:    (631) 563-0308
          Fax:   (631) 563-0370